UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:
Maylin C Alegria,                                          Case No. 15-16773-AJC
    Debtor.                                            Chapter 13
_____/

## MOTION TO MODIFY CHAPTER 13 PLAN

**COME NOW,** the Debtor, Maylin C Alegria, by and through her undersigned counsel and files this Motion to Modify Chapter 13 Plan and as grounds states as follows:

1. On April 15, 2015 the instant case was filed.

2. On July 2, 2015 debtor's chapter 13 plan was confirmed.

3. On August 13, 2015, Creditor Fox Chase Condominium No.3 Association, Inc, filed a proof of claim with a higher arrearage amount of $7626.87.

4. The Debtor is paying this creditor in her confirmed plan, but was paying less money at $6,939.29.

5. The debtor desires to Modify her plan in order to conform her Chapter 13 plan to provide for the proof of claim.

**WHEREFORE**, undersigned counsel prays that this Honorable Court enter an Order Granting and Approving debtor's First Modified Plan.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 910(A).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of the foregoing was sent via ecf and U.S. Mail on January 4, 2016 to all parties on the service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 West 49th Streer
Hialeah, FL 33012
Tel. 305-687-8008

By:/s/ Robert Sanchez_____
    Robert Sanchez, Esq., FBN#0442161