# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
## CHAPTER 13 PLAN (Individual Adjustment of Debts)
### FIRST MODIFIED PLAN

DEBTOR: Maylin Alegria          JOINT DEBTOR:                            CASE NO.: 15-16773-AJC
Last Four Digits of SS# 1156          Last Four Digits of SS#

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 468.74     for months 1 to 8;
    B.    $ 497.68     for months 9 to 60; in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3650+$525 (motion to modify) TOTAL PAID $            1000
    Balance Due $ 3,175
    payable $ 66.25/month (Months 1 to 8)
    payable $ 82.66/month (Months 9 to 40)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Fox Chase Cond #3 Association          Arrearage on Petition Date $7,626.87
Address: c/o Padron & Montoro, LLP          Arrears Payment          $ 114.96/month (Months 1 to 8)
13358 SW 128 Street                                     Arrears Payment          $ 128.98/month (Months 9 to 60)
Miami, FL 33186                                          Regular Payment          $ 221.58/month (Months 1 to 8)
Account No: 267-3319                               Regular Payment          $ 222.93/month (Months 9 to 60)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | ___ To ___ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None                    Total Due $_____
    Payable     $_____/month (Months ___ to ___) Regular Payment $_____

Unsecured Creditors: Pay $ 0.00/month (Months 1 to 8); Pay $ 13.34/month (Months 9 to 40); and Pay $ 96.00/month (Months 41 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is current with secured creditors Select Portfolio Servicing and One Main Financial and will continue to pay said creditors directly outside the chapter 13 plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

    /s/Robert Sanchez, Esq.
Attorney for the Debtor                                          Joint Debtor
Date: 01/04/2016                                                  Date:

LF-31 (rev. 01/08/10)