UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:
Maylin C Alegria,            Case No. 15-16773-AJC
Debtor.            Chapter 13
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the Motion to Modify, Notice of Hearing and First Modified Plan was sent via CM/ECF to Nancy Neidich, Trustee, and U.S. Mail on January 4, 2016 to all parties on the service list.


Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 West 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:*/s/ Robert Sanchez*_____
    Robert Sanchez, Esq., FBN#0442161

| | | |
|---|---|---|
| Accredited Home Lender<br>15253 Avenue Of Science<br>San Diego, CA 92128 | Aegis Mtg<br>9990 Richmond Avenue #400<br>Houston, TX 77042 | Amex<br>Po Box 297871<br>Fort Lauderdale, FL 33329 |
| Bank of America<br>Po Box 982235<br>El Paso, TX 79998 | Bk Of Amer<br>Po Box 982235<br>El Paso, TX 79998 | Bk Of Amer<br>1800 Tapo Canyon Rd<br>Simi Valley, CA 93063 |
| Cap One<br>Po Box 85520<br>Richmond, VA 23285 | Cap One<br>Po Box 85520<br>Richmond, VA 23285 | Capital One<br>Po Box 30253<br>Salt Lake City, UT 84130 |
| Carico International<br>2851 W Cypress Creek Rd<br>Fort Lauderdale, FL 33309 | Ccs/First National Ban<br>500 E 60th St N<br>Sioux Falls, SD 57104 | Ccs/First Savings Bank<br>500 E 60th St N<br>Sioux Falls, SD 57104 |
| Chase Mtg<br>10790 Rancho Bernardo Rd<br>San Diego, CA 92127 | Citi Auto<br>2208 Highway 121 Ste 100<br>Bedford, TX 76021 | Citifinancial<br>300 Saint Paul Pl<br>Baltimore, MD 21202 |
| Citifinancial<br>300 Saint Paul Pl<br>Baltimore, MD 21202 | Citifinancial<br>300 Saint Paul Pl<br>Baltimore, MD 21202 | Comenitybank/Venus<br>3100 Easton Square Pl<br>Columbus, OH 43219 |
| Comenitycb/El Dorado<br>3100 Easton Square Pl<br>Columbus, OH 43219 | Credit One Bank Na<br>Po Box 98875<br>Las Vegas, NV 89193 | Doctors Business Bur<br>202 N Federal Hwy<br>Lake Worth, FL 33460-3496 |
| First Premier Bank<br>601 S Minnesota Ave<br>Sioux Falls, SD 57104 | Fox Chase Condo #3 Assoc.<br>c/o Padron & Montoro, LLP<br>13358 SW 128th Street<br>Miami, FL 33186 | Fox Chase Condo #3 Assoc.<br>c/o Executive National Bank<br>POB 160698<br>Miami, FL 33116-0698 |
| Fsb Blaze<br>5501 S Broadband Ln<br>Sioux Falls, SD 57108 | Internal Revenue Service<br>P.O. BOX 7346<br>Philadelphia, PA 19101-7346 | Mcydsnb<br>9111 Duke Blvd<br>Mason, OH 45040 |

| | | |
|---|---|---|
| Merrick Bank<br>Po Box 9201<br>Old Bethpage, NY 11804 | Midland Funding<br>8875 Aero Drive<br>Suite 200<br>San Diego, CA 92123-2255 | Nationwide Recovery Sv<br>Po Box 8005<br>Cleveland, TN 37320 |
| Nationwide Recovery Sv<br>Po Box 8005<br>Cleveland, TN 37320 | Nationwide Recovery Sv<br>Po Box 8005<br>Cleveland, TN 37320 | Onemain<br>Po Box 499<br>Hanover, MD 21076 |
| Onemain<br>Po Box 499<br>Hanover, MD 21076 | OneMain Financial<br>Po Box 499<br>Hanover, MD 21076 | Pelican Anesthesia<br>3421 SW 107th Avenue<br>Miami, FL 33165-3632 |
| Plain Green<br>93 Mack Road Suite<br>Po Box 270<br>Box Elder, MT 59521 | Plainscomm<br>Po Box 89940<br>Sioux Falls, SD 57109 | Plainscomm<br>Po Box 89940<br>Sioux Falls, SD 57109 |
| Pollack & Rosen, PA<br>806 Douglas Road<br>South Tower #200<br>Coral Gables, FL 33134 | Quest Diagnostics<br>POB 740781<br>Cincinnati, OH 45274-0781 | Select Portfolio Servicing<br>Po Box 65250<br>Salt Lake City, UT 84165 |
| Space Coast Credit Uni<br>8045 N Wickham Rd<br>Melbourne, FL 32940 | Syncb/Care Credit<br>950 Forrer Blvd<br>Kettering, OH 45420 | Syncb/Jcp<br>Po Box 965007<br>Orlando, FL 32896 |
| Syncb/Jcp<br>Po Box 965007<br>Orlando, FL 32896 | Syncb/Sams Club<br>Po Box 965005<br>Orlando, FL 32896 | Syncb/Walmart<br>Po Box 965024<br>Orlando, FL 32896 |
| Thinkcashfbd<br>Brandywine Commons 1000<br>Rocky Run Par<br>Wilmington, DE 19803 | Thinkcashfbd<br>Brandywine Commons 1000<br>Rocky Run Par<br>Wilmington, DE 19803 | |