# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

CASE NO.: 15-16773-BKC-AJC
PROCEEDING UNDER CHAPTER 13

IN RE:

MAYLIN C ALEGRIA

DEBTOR_____/

### NOTICE CONTINUING TRUSTEE'S MOTION TO DISMISS

**YOU ARE HEREBY NOTIFIED** that the Trustee's Motion to Dismiss Chapter 13 Case has been continued to **February 16, 2016** at **9:00 AM** at **UNITED STATES BANKRUPTCY COURT, C. CLYDE ATKINS UNITED STATES COURTHOUSE, 301 NORTH MIAMI AVENUE, COURTROOM 7, MIAMI, FL 33128**.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice Continuing Trustee's Motion to Dismiss was mailed to those parties listed on this 2nd day of February, 2016.

_/s/ Nancy K. Neidich_____
NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806

NOTICE CONTINUING TRUSTEE'S MOTION TO DISMISS
CASE NO.: 15-16773-BKC-AJC

## SERVICE LIST

**COPIES FURNISHED TO:**

NANCY K. NEIDICH
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027-9806

**DEBTOR**
MAYLIN C ALEGRIA
8635 NW 8 STREET #319
MIAMI, FL 33126-5945

**ATTORNEY FOR DEBTOR**
ROBERT SANCHEZ, ESQUIRE
355 W 49 STREET
HIALEAH, FL 33012

**ROBERT SANCHEZ, ESQUIRE** IS HEREBY DIRECTED TO MAIL A CONFORMED COPY OF THIS NOTICE TO ALL CREDITORS AND INTERESTED PARTIES IMMEDIATELY UPON RECEIPT THEREOF.